IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ISHMAEL ALOK MOHAMMED,** | CIVIL ACTION NO. 3:CV-15-403 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE MEHALCHICK) |
| **WELLS FARGO N.A.,** *et al.*, | |
| Defendants. | |

### ORDER

**NOW**, this 4th day of February, 2016, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 26) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 26.) is **ADOPTED in its entirety**;

(2) Defendants' motions to dismiss (Doc. 4; Doc. 6; Doc. 10; Doc. 20.) are **GRANTED**;

(3) Plaintiff's complaint (Doc. 1.) is **DISMISSED WITH PREJUDICE**;

(4) Leave to amend is **DENIED**;

(5) The Clerk of Court is directed to close this case.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge